**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

   Plaintiff,

    v.

$470,341.70 Seized From Sharepoint
Credit Union, Acct Number Xx0069,

   Defendant,

 and

Ramadaan Islamic Center,

   Claimant.

Case No. 26-mc-31(___/___)

**STIPULATION TO EXTEND
TIME TO COMMENCE
JUDICIAL FORFEITURE
PROCEEDINGS**

The Plaintiff and the Claimant stipulate, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the Plaintiff is required to file a Complaint for Forfeiture or to obtain an Indictment alleging forfeiture until June 19, 2026.

1. On or about December 1, 2025, the Federal Bureau of Investigation ("FBI") seized $470,341.70 from Sharepoint Credit Union, acct number xx0069 held in the name of the Ramadaan Islamic Center.

2. The FBI commenced administrative forfeiture proceedings for the Defendant Funds and sent written notice to all known interested parties of its intent to forfeit the Defendant Funds.

3. On or about February 16, 2026, Ramadaan Islamic Center filed a claim for the Defendant Currency through its attorney, Jordan Kushner.

4. The time has expired for any other person to file a claim for the

Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no other claims for any portion of the currency have been received from any other individual or entity.

5.      Under 18 U.S.C. § 983(a)(3)(A), the government has 90 days after a claim has been filed in an administrative action to bring a civil complaint for forfeiture, "except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

6.      The parties agree to extend the deadline under 18 U.S.C. § 983(a)(3) for filing a judicial forfeiture proceeding with respect to the Defendant Currency until June 19, 2026 in order to allow time for settlement discussions.

Dated: 5/15/2026

DANIEL N. ROSEN
United States Attorney

*s/Craig Baune*
BY: CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Craig.baune@usdoj.gov

Date: 5/15/2026

JORDAN KUSHNER LAW OFFICE

*s/Jordan Kushner*
JORDAN KUSHNER, Esq.
Attorney ID No. 219307
431 South 7th Street, Suite 2446
Minneapolis, MN 55415
Phone: 612-205-5500
jskushner@gmail.com
Attorney for Claimant
Ramadaan Islamic Center

2