**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

      Plaintiff,

  v.

$470,341.70 Seized From Sharepoint Credit Union, Acct Number Xx0069,

      Defendant,

  and

Ramadaan Islamic Center,

      Claimant.

Case No. 26-mc-31(NEB/ECW)

**ORDER EXTENDING DEADLINE TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS**

Based on the Stipulation to Extend Time to Commence Judicial Forfeiture Proceedings between the Plaintiff and the Claimant for the defendant property,

**IT IS HEREBY ORDERED** that the deadline under 18 U.S.C. § 983(a)(3) for commencing judicial forfeiture proceedings against the Defendant $470,341.70 from Sharepoint Credit Union, acct number xx0069 is extended until June 19, 2026.

Dated: May 20, 2026

*/s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge